IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 13-cr-00459-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT GILMOUR ESTES,

    Defendant.

___

ORDER
___

    As further set forth on the record at the hearing held on December 3, 2013, IT IS HEREBY ORDERED as follows:

    1. The Parties shall file a joint status report clarifying the speedy trial calculation on or before Wednesday, December, 4, 2013;

    2. Defendant's unopposed Motion to for An Exclusion of 60 Days From the Speedy Trial Act and For An Extension of Time to File Pretrial Motions **[Doc. # 18]** is GRANTED for the reasons stated on the record, and the speedy trial clock shall be extended for 60 days;

    3. Any pretrial motions are due on or before January 16, 2014; and

    4. A further status and scheduling hearing is set for Wednesday, January 22, 2014 at 9:00 a.m. before Judge Babcock.

Dated: December __3__, 2013, in Denver, Colorado.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              LEWIS T. BABCOCK, JUDGE