**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK**

**COURTROOM MINUTES**

_____

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Emily Buchanan | Date: | November 10, 2015 |
| Court Reporter: | Darlene Martinez | Probation: | Justine Kozak |

_____

Criminal Action No. 13-cr-00459-LTB          <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Matthew Kirsch

    Plaintiff,

v.

1. ROBERT GILMOUR ESTES,                    Matthew Golla

    Defendant.

_____

**SENTENCING**
_____

10:02 a.m.    Court in Session.

Defendant is present and in custody.

> Defendant plead guilty to Counts 1 and 2 of the Indictment on May 15, 2014.

**ORDERED**:  Defendant's Motion for Variant Sentence (Doc. No. 53) is **DENIED**.

Statements by Mr. Golla and Defendant.

**ORDERED**:  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that Defendant, Robert Gilmour Estes, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 60 months as to Count 1 and 188 months as to Count 2, to be served concurrently.

Court recommends that the Bureau of Prisons place Defendant in an appropriate medical facility and that Defendant be transported to that facility by medical transport.

**ORDERED**:  Upon release from imprisonment, Defendant shall be placed on supervised release for a period of 3 years per count concurrently.

**ORDERED**:  Conditions of Supervised Release:
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which Defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X) Defendant shall comply with standard conditions as adopted by the Court.
- (X) Defendant shall pay in accordance with the Schedule of Payments sheet set forth in the judgment.
- (X) Defendant shall not unlawfully possess a controlled substance.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of placement on supervised release and two periodic tests thereafter.
- (X) Defendant will cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITIONS** of Supervised Release:
- (X) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.
- (X) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.
- (X) Defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer.
- (X) Defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.
- (X) Defendant shall reside in a Residential Reentry Center (RRC) for a period of up to 6 months, to commence upon his release from custody and shall

          observe the rules of that facility.

**ORDERED**: Defendant shall pay a special assessment of $200 which is due and payable immediately.

**ORDERED**: No fine is imposed because defendant has no ability to pay a fine.

**ORDERED**: Defendant shall make restitution to Victim:

          U.S. Bank                in the amount of $2,600.00
          1100 S. Broadway
          Denver, CO 80210

Court finds that the defendant does not have the ability to pay interest and the Court waives the interest requirement for the restitution.

**ORDERED**: Payment of the monetary obligations shall be due as follows: The special assessment and restitution obligation are due immediately. Any unpaid restitution balance upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated as at least 10 percent of the defendant's gross monthly wages.

Defendant advised of right to appeal.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

10:28 a.m.    Court in Recess.
Hearing concluded.
Time:  00:26